Case 2:20-cv-00922-MHT-KFP   Document 1   Filed 11/10/20   Page 1 of 5

RECEIVED
NOV 10 2020
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

20cv922

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jarmal Jabbar Sanders
Address: 225 Alabama Ave
City: Selma  State: Ala  Zip Code: 36701
County: Dallas
Telephone Number: 334 526-1146 / 349-5746
E-Mail Address: SandersJarmal@email.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: John Harold Merrill
Job or Title (if known): Alabama Secretary of State
Address: 600 Dexter Ave. S-105
City: Montgomery  State: Ala  Zip Code: 36130
County: Montgomery
Telephone Number: 334 242 7200
E-Mail Address (if known): voterfraud@sos.Alabama.gov

☐ Individual capacity   ☑ Official capacity

Defendant No. 2
Name: Steve Marshall
Job or Title (if known): Alabama Attorney General
Address: 501 Washington Avenue
City: Montgomery  State: Ala  Zip Code: 36104
County: Montgomery
Telephone Number: 334 242 7300
E-Mail Address (if known): alabamaag.gov

☐ Individual capacity   ☑ Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: Kay Ivey
Job or Title (if known): Governor
Address: 600 Dexter Avenue
City: Montgomery   State: Ala   Zip Code: 36130
County: Montgomery
Telephone Number: 334 242 7100
E-Mail Address (if known): governor.alabama.gov
☐ Individual capacity   ☑ Official capacity

Defendant No. 4
Name: J.C. Love
Job or Title (if known): Judge of Probate
Address: 101 South Lawrence Street
City: Montgomery   State: Al   Zip Code: 36101
County: Montgomery
Telephone Number: 334 832 1244
E-Mail Address (if known): MC-ala.org
☐ Individual capacity   ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):
   ☑ Federal officials (a *Bivens* claim)
   ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

See exhibit A filed paper to run but was not placed on ballot under the Covid 19 Law.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 6

_Yes_

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_Officals that did not do their jobs resulted in misfeance and malfeance in relationship to election._

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

_Alabama Secretary of State's office_

B. What date and approximate time did the events giving rise to your claim(s) occur?

_Within 2 year of the date of electoin_

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_I am a two time U.S. Presidential Candidate and former President of the United State of America by appointment of former U.S. President Bill Clinton confirmed by the U.S. Senate in 1994. I was not placed on the ballot in any state nor any territories of the United States_

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. My candidacy involved a basis and motivation that with getting people out of the pain that the current and past candidates and public officals had caused them. I was in emotional distress from witnessing the pain that was cause by the implementation of sorry policies of these officals and was in more pain when I was disallow to help people out of the pain that was cause by not being on the ballot

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. It is the American People who was caused the most demage by them to be disallowed to vote for a candidate that promised a one million dollar economic stimulus cheak to each American citizen. I would like the court to order that the U.S. Treasury Department make a one million dollar payment to each American citizen. The total is 330 tillion dollars.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9 · 11 · 2020

Signature of Plaintiff: Rev. Dr Jamal J. Sanders M.D.
Printed Name of Plaintiff: Jacmal Jabbar Sanders M.D.

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____

City _____ State _____ Zip Code _____

Telephone Number: _____
E-mail Address: _____