IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REV. JARMAL JABBAR SANDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:20-CV-922-MHT-KFP |
| ) | |
| JOHN HAROLD MERRILL, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Plaintiff has filed a Motion to Grant Plaintiff Access to the Pro Se Assistance Program (Doc. 8) and a Motion to Serve Lawsuit and Summons on Named Defendants (Doc. 9). Upon consideration of the motions, it is ORDERED as follows:

1. The Motion to Grant Plaintiff Access to the Pro Se Assistance Program (Doc. 8) is DENIED. Contrary to Plaintiff's assertions, the PSAP program is not available to every litigant who requests it. All requests for a referral to PSAP are subject to the Court's approval. As explained in this Court's previous Order (Doc. 7), the purpose of PSAP is to obtain assistance drafting a complaint the Court can understand. A referral is not necessary in this case because the Court understands the allegations in Plaintiff's Complaint.

2. The Motion to Serve Lawsuit and Summons on Named Defendants (Doc. 9) is DENIED. Plaintiff filed an application to proceed in forma pauperis (Doc. 2), which obligates the Court under 28 U.S.C. § 1915 to review the Complaint before service and dismiss any claim that is frivolous, malicious, fails to state a claim, or seeks damages from defendants who are immune. *Scavella v. Help at Home, Inc.*, No. 2:17-CV-11-WKW, 2017

WL 2485380, at *1 (M.D. Ala. June 8, 2017); *Robert v. Garrett*, No. 3:07-CV-625-MHT, 2007 WL 2320064, at *1 (M.D. Ala. Aug. 10, 2007). Accordingly, this case will remain stayed until the Court completes its required review under 28 U.S.C. 1915(e)(2)(B).

    Done this 29th day of December, 2020.

                                      /s/ Kelly Fitzgerald Pate
                                      KELLY FITZGERALD PATE
                                      UNITED STATES MAGISTRATE JUDGE