IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JARMAL JABBAR SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:20-CV-922-MHT-KFP |
| | ) | |
| JOHN HAROLD MERRILL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| JARMAL JABBAR SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:20-CV-1061-MHT-KFP |
| | ) | |
| JOHN H. MERRILL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| JARMAL JABBAR SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-CV-07-MHT-KFP |
| | ) | |
| JOHN H. MERRILL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the Complaints filed by Plaintiff in the above civil actions and because Plaintiff attempts to present related claims for relief in each pleading, it is ORDERED:

1. *Sanders v. Merrill,* Case No. 2:20-CV-1061-MHT-KFP, is consolidated with *Sanders v. Merrill,* Case No. 2:20-CV-922-MHT-KFP, for all further proceedings.

2. *Sanders v. Merrill,* Case No. 2:21-CV-07-MHT-KFP, is consolidated with *Sanders v. Merrill,* Case No. 2:20-CV-922-MHT-KFP, for all further proceedings.

3. *Sanders v. Merrill,* Case No. 2:20-CV-922-MHT-KFP, is designated as the lead case.

4. The filing fee paid in *Sanders v. Merrill,* Case No. 2:21-CV-07-MHT-KFP, will be applied to the lead case.

5. Plaintiff's Motion to be Allowed to Pay Filing Fee (Doc. 12 in 2:20-CV-922-MHT-KFP) is DENIED as moot.

6. After entry of this Order, all documents filed in the consolidated cases will be filed and docketed only in Case No. 2:20-CV-922-MHT-KFP.

The Clerk is DIRECTED to take all steps necessary to transfer the filing fee paid in Case No. 2:21-CV-07-MHT-KFP to Case No. 2:20-CV-922-MHT-KFP and to file this Order in each of the above cases.

The Clerk is also DIRECTED not to serve the unserved Defendants with a copy of a Complaint previously filed by Plaintiff in the consolidated cases. The Court will enter a separate Order directing Plaintiff to file one amended complaint that applies to all Defendants in this consolidation action.

DONE this 27th day of April, 2021.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE