IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JARMAL JABBAR SANDERS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:20cv922-MHT |
| | ) | (WO) |
| JOHN HAROLD MERRILL, Alabama Secretary of State, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

| | | |
|---|---|---|
| JARMAL JABBAR SANDERS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:20cv1061-MHT |
| | ) | (WO) |
| JOHN H. MERRILL, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

| | | |
|---|---|---|
| JARMAL JABBAR SANDERS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:21cv7-MHT |
| | ) | (WO) |
| JOHN H. MERRILL, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

Plaintiff filed these consolidated lawsuits asserting that the defendants violated his civil rights when his name was left off the United States presidential ballot in November 2020. These lawsuits are now before the court on the recommendation of the United States Magistrate Judge that plaintiff's cases be dismissed for failure to file an amended complaint as ordered by the court. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of June, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE