IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JARMAL JABBAR SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:20cv922-MHT |
| | ) | (WO) |
| JOHN HAROLD MERRILL, | ) | |
| Alabama Secretary of | ) | |
| State, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| JARMAL JABBAR SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:20cv1061-MHT |
| | ) | (WO) |
| JOHN H. MERRILL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| JARMAL JABBAR SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:21cv7-MHT |
| | ) | (WO) |
| JOHN H. MERRILL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 17) is adopted.

(2) These consolidated lawsuits are dismissed without prejudice for plaintiff's failure to file an amended complaint as ordered by the court.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

These cases are closed.

DONE, this the 11th day of June, 2021.

__/s/ Myron H. Thompson__
UNITED STATES DISTRICT JUDGE