IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JARMAL JABBAR SANDERS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:20cv922-MHT |
| | ) | |
| JOHN HAROLD MERRILL, | ) | |
| Alabama Secretary of | ) | |
| State, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

| | | |
|---|---|---|
| JARMAL JABBAR SANDERS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:20cv1061-MHT |
| | ) | |
| JOHN H. MERRILL, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

| | | |
|---|---|---|
| JARMAL JABBAR SANDERS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:21cv7-MHT |
| | ) | |
| JOHN H. MERRILL, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER**

It is ORDERED that plaintiff's motion to stay judgment (Doc. 20) is denied.

DONE, this the 21st day of June, 2021.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**