IN UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2021 JUN 28 A 11:50
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

REV. JARMAL JABBAR SANDERS, M.D.

(PLAINTIFF)

CASE NUMBER:

2:20-cv-00922-MHT-KFP

VS.

JOHN H. MERRILL

GOV. KAY IVEY

(DEFENDANTS)

## NOTICE OF APPEAL IN REFERENCE TO DISTRICT COURT DECISION

THIS DOCUMENT SERVES AS AN OFFICAL NOTICE TO THE DISTRICT COURT IN CASE NUMBER 2:2021-CV-00007 THAT THE (PLAINTIFF) REV. JARMAL JABBAR SANDERS, M.D., IS APPEALING HIS LEGAL CASE TO THE 11 CIRCUIT COURT OF APPEALS ON THE GROUNDS THAT HIS DUE PROCESS RIGHTS WERE VIOLATED BASED ON THE DEFEENDANTS ACTIONS AS STATED IN THE COMPLAINT AND BASED ON THE FACT THAT THE COURT VIOLATED HIS DUE PROCESS RIGHTS BY DENYING HIS MOTION TO PARTICIPATE IN THE PRO SE ASSISTANCE PROGRAM, FOR FAILURE TO OVERTURN THE ELECTION RESULTS BASE ON HIS ASSERTION THAT THE ELECTIONS IN THE STATE OF ALABAMA ARE NOT LEGALLY AUTHORIZED BY THE 1996 JARMAL JABBAR SANDERS U.S. PRESIDENTIAL CAMPAIGN COMMITTEE WHICH OWNS EVERY VOTING SITE LAND, AND FOR ILLEGALY CONSOLIDATING HIS CASES WHICH ARE ALL DIFFERENT AND HAVE NOTHING TO DO WITH EACH OTHER.

*Rev. Dr. Jarmal J. Sanders M.D.*

REV. DR. JARMAL JABBAR SANDERS, M.D.

Rev. Dr. Jarmal Jabbar Sanders M.D.
225 Alabama Ave
Selma, AL 36704



7020 1290 0000 6947 2320

CERTIFIED MAIL

7020 1290 0000 6947 2320

U.S. Fed Court Clerk
One Union St ~~China~~
Montgomery, AL 36104



U.S. POSTAGE PAID
FCM LETTER
SELMA, AL
36703
JUN 24, 21
AMOUNT
$6.45
R2304M110619-10

3610485438