IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-12274-J

_____

REV. JARMAL JABBAR SANDERS,
M.D.

                                                                           Plaintiff-Appellant,

versus

SECRETARY, STATE OF ALABAMA,
ATTORNEY GENERAL, STATE OF ALABAMA,
GOVERNOR OF ALABAMA,
J. C. LOVE, III,
Judge of Probate,
JAMES E. TRAINOR,
III,

                                                                          Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

ORDER:

      Mr. Jarmal Sanders's motion for leave to proceed on appeal *in forma pauperis* is GRANTED. His appeal is not frivolous. *See Pace v. Evans*, 709 F.2d 1428 (11th Cir. 1983).

                                                                         /s/ Jill Pryor
                                                                 UNITED STATES CIRCUIT JUDGE